**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01995-JLK-MEH

PAULA JOYCE,

       Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice

(doc. #2), filed November 3, 2006, and being fully advised in the premises,

DOES HEREBY ORDER that this case is DISMISSED with Prejudice,

each party to pay its own attorney fees and costs.

DATE:  November 6, 2006

                BY THE COURT:


                S/John L. Kane
                U.S. DISTRICT JUDGE